THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ARTHUR MCCALLUM, individually, | Case No. 3:24-cv-05222 |
| Plaintiff, | **ORDER ON MOTION TO APPEAR REMOTELY** |
| v. | |
| BUCKLEY LAW, P.C., a foreign professional corporation; WILLIAM GAAR, individually; and JAYE WICKHAM TAYLOR, individually, | NOTE ON MOTION CALENDAR: 7/11/2024 |
| Defendants. | |

THIS COURT, having reviewed Defendants' Unopposed Motion for Order Allowing Counsel for Defendants to Appear by Phone or Video and the record herein, being fully advised, hereby ORDERS:

Counsel for Defendants may appear remotely at the hearing scheduled for Tuesday, July 16, 2024, at 1:00 p.m. on Defendants' Motion to Compel Arbitration. The Court utilizes Zoom for remote appearances and will provide a link before the hearing.

//

//

ORDER ON MOTION TO APPEAR REMOTELY
USDC: 3:24-cv-05222
Page 1 of 2

TADJEDIN THOMAS & ENGBLOOM LAW GROUP LLP
1500 SW First Avenue, Suite 1020
Portland, Oregon 97201-5882

Counsel is directed to email Courtroom Deputy Diyana Staples at diyana_staples@wawd.uscourts.gov with a list of all persons who should receive the link, along with their email addresses.

It is SO ORDERED.

DATED this 11th day of July, 2024.

Kymberly K. Evanson
United States District Judge

ORDER ON MOTION TO APPEAR REMOTELY
USDC: 3:24-cv-05222
Page 2 of 2

TADJEDIN THOMAS & ENGBLOOM LAW GROUP LLP
1500 SW First Avenue, Suite 1020
Portland, Oregon 97201-5882