UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARTHUR McCALLUM,<br><br>                    Plaintiff(s),<br><br>       v.<br><br>BUCKLEY LAW PC, et al.,<br><br>                    Defendant(s). | CASE NO. C24-05222-KKE<br><br>ORDER TO FILE A JOINT STATUS<br>REPORT |

The parties have informed the Court that their arbitration has been rescheduled for July 2026. Dkt. No. 26. The parties shall file a joint status report no later than August 3, 2026, to advise the Court as to the status of the arbitration and whether any issues remain that require judicial resolution.

Dated this 2nd day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER TO FILE A JOINT STATUS REPORT - 1