UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARTHUR McCALLUM,<br><br>Plaintiff(s),<br>v.<br><br>BUCKLEY LAW PC, et al.,<br><br>Defendant(s). | CASE NO. C24-05222-KKE<br><br>ORDER TO FILE A JOINT STATUS REPORT |

The parties have advised the Court that their arbitration has been rescheduled for December 2026. Dkt. No. 29. The parties shall file a joint status report no later than January 4, 2027, to inform the Court as to the status of the arbitration and whether any issues remain that require judicial resolution.

Dated this 24th day of July, 2026.

Kymberly K. Evanson
United States District Judge